**United States District Court**

Violation Notice

| | | | |
|---|---|---|---|
| A07 | 9889206 | | |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 3/23/21 10:34A
Offense Charged: Assault § 13(a)
Place of Offense: 33 Mins Grand Canyon
Offense Description: Grab her (victim) in influence of alcohol - danger to self or others

**DEFENDANT INFORMATION**

Last Name: Alson
First Name: Leonard

Grand Canyon E Succes [illegible]

VEHICLE

APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE

21-04091-mj-01-PCT-CDB

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 28, 2021 while exercising my duties as a law enforcement officer in the ———— District of Arizona

On March 28, 2021 at approximately 2359 hours I, United States Park Ranger (USPR) Matthew Krupp, was on uniformed patrol with USPR Michael Pakes within the boundaries of Grand Canyon National Park. We were dispatched to the residence located at 33 Moran Street for reports of a domestic dispute involving an intoxicated male subject. The subject was reported to be yelling loudly outside of the residence.

USPR Pakes and I observed a male subject wearing a brown vest and turquoise pants, later identified as Leonard ADSON, walking towards another nearby residence at 28 Moran Street. I observed ADSON walk with a staggered gait up the stairs onto the porch of the residence, speak with the occupant, and be welcomed inside.

USPRs Nathan Snyder and Paul Riese interviewed the reporting party, ADSON's significant other, Marlene Bow. According to USPRs Snyder and Riese, Bow stated that ADSON had been drinking for the previous 36 hours and that she did not want him at the residence. Bow described ADSON as wearing a brown jacket and turquoise pants.

USPR Pakes and I contacted ADSON at 28 Moran Street. ADSON's speech was mostly slurred and difficult to understand, but he stated that he drank a "twelve pack". USPR Pakes administered a preliminary breath test to ADSON, and the device displayed a BrAC of 0.141.

ADSON was arrested for violation of 36 CFR 2.35(c) - Under the Influence of Alcohol.

This contact was audio and video recorded by USPR Pakes', Snyder's, and Riese's body worn cameras.

A107    VN9689206    NP21027223

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above, and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/29/2021   [signature] #995
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 3/29/2021   [signature]   U.S. Magistrate Judge
             Date (mm/dd/yyyy)